UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DIANE DEPOULD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., WACHOVIA MORTGAGE, WORLD SAVINGS BANK, F.S.B., NDEX WEST, LLC, and DOES 1-20,<br><br>Defendants. | CASE NO. CV11-01827 DDP (PJWx)<br><br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO** |

On September 27, 2011, this Court entered an Order granting the motion of defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") to dismiss the First Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  Defendant Wells Fargo is dismissed from this action with prejudice.

2.  Plaintiff Diane DePould shall take nothing from defendant Wells Fargo.

3.  As the prevailing party, defendant Wells Fargo may submit motions to tax costs and to recover reasonable attorneys' fees.

**IT IS SO ORDERED.**

Dated:  November 21, 2011

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

CASE NO. 2:11-CV-01827-DDP (PJW)
CERTIFICATE OF SERVICE